# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

134881

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LUCY ERBY,
      Plaintiff-Appellant,

v

                                         SC: 134881
                                         COA: 276051
                                         WCAC: 05-000317

DELPHI AUTOMOTIVE SYSTEMS,
      Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the August 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

t1119